**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**CASE NO.: 1:22-MJ-00203(GMH)**

v.

**GABRIEL CHASE,**
    **Defendant.**
_____/

**APPEARANCE OF COUNSEL**

**COMES NOW**, Attorney, **THOMAS L. EDWARDS**, herby respectfully notifies the clerk of this court and all parties of his appearance of counsel for Gabriel Chase.

**I HEARBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney, **Joseph H. Huynh**, via **CMECF** this 14th day of October, 2002.

 

Respectfully filed,

Thomas L. Edwards, P.A.
& Christopher J. Jones
Attorneys at Law

/s/ *Thomas L. Edwards*

**THOMAS L. EDWARDS**
Florida Bar Number: 0735035
4545 NW 8th Avenue
Gainesville, FL  32605
352-377-7800 (Telephone)
tome@lawfl.net
brandenw@lawfl.net